FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL -2 P 5: 57

CLERK'S OFFICE
AT
BY_____ TY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

Ellickson USA, LLC,      *

    Plaintiff/Counter-defendant,      *

v.      Case No. MJG-13-00615

     *

Innovative Tap Solutions, LLC, et al.
     *
    Defendants/Counter-Plaintiffs.
     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. .

Dated: July 1, 2014      By:      /s/
    Joshua R. Treem (Fed. Bar No. 00037)
    Trevor H. Coe (Fed. Bar No. 29429)
    Brown, Goldstein & Levy LLP
    120 E. Baltimore Street, Suite 1700
    Baltimore, Maryland 21202
    410-962-1030
    Fax: 410-385-0869
    jrt@browngold.com
    tcoe@browngold.com

*Attorneys for Plaintiff/Counter-Defendant Ellickson USA, LLC.*

Dated: July 1, 2014     By:     /s/
Timothy M. Gunning (Federal Bar No. 08158)
Law Offices of Timothy M. Gunning, LLC
305 Washington Avenue, Suite 301
Towson, Maryland 21204
410-296-5960
Fax: 410-296-3443
tgunning1@verizon.net

*Attorney for Defendants/Counter-Plaintiffs
ITS and Josh Goodman*

Dated: July 1, 2014     By:     /s/
Dena M. Terra (Federal Bar No. 26032)
Chason Rosner Leary & Marshall, LLC
401 Washington Avenue, Suite 1100
Towson, Maryland 21204
410-494-3703
Fax: 410-583-7001
dterra@crlmlaw.com

*Attorneys for Defendant/Counter-Plaintiff
Declan Duggan*

So ordered, this 2nd day of July, 2014.

/s/
Marvin J. Garbis
United States District Judge